People v Hernandez (2023 NY Slip Op 02795)

People v Hernandez

2023 NY Slip Op 02795

Decided on May 24, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 24, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2022-06093
 (Ind. No. 193/19)

[*1]The People of the State of New York, respondent,
v
Emerson Hernandez, appellant.

Twyla Carter, New York, NY (Natalie Maust of counsel), for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Glenn Green of counsel), for respondent.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Suffolk County (Fernando Camacho, J.), rendered September 21, 2020.
ORDERED that the application is granted, and the defendant's application is deemed to be a timely notice of appeal.
The defendant has established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
IANNACCI, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court